UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL W. LAQUE,

    Plaintiff,

v.                                                            Case No. 3:17cv99-RV-CJK

MICHAEL ADKINSON, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 13, 2018 (doc. 37). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (doc. 33) is **GRANTED IN PART** and **DENIED IN PART** as follows. Plaintiff's claims for injunctive relief are dismissed as moot. Defendants' motion to dismiss this action based on plaintiff's failure to join a party under Rule 19 are denied.

3. Plaintiff's "Motion Requesting Escambia County Jail Administration and Medical Department be Joined to Civil Rights Lawsuit/Request for Leave to Amend Accordingly" (doc. 36) is **GRANTED**. Plaintiff is ordered to submit a second amended complaint within 30 days that adds Escambia County as a defendant.

**DONE AND ORDERED** this 10th day of April, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**